UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>SALVADOR PULIDO VALENCIA and VICTOR HUGO SANTA CRUZ BARRIGA,<br><br>                Defendants. | NO:  CR-12-2001-RMP-1<br>        CR-12-2001-RMP-2<br><br>ORDER GRANTING DEFENDANT BARRIGA'S MOTION TO SEVER TRIAL |

Pending before the Court is Defendant Victor Hugo Santa Cruz Barriga's motion to sever trial, ECF No. 69.  Barriga contends that severance is necessary pursuant to *Bruton v. United States*.[1]  The Government initially indicated in its response motion that severance was appropriate, ECF No. 73 at 5, but later argued that severance could be avoided by redaction.

---

[1] 391 U.S. 123 (1968).

ORDER GRANTING DEFENDANT BARRIGA'S MOTION TO SEVER TRIAL ~ 1

1  The Court issued an Order dated July 24, 2012, in which it reserved ruling
2  on Barriga's motion to sever until the Government could submit a proposed
3  redaction. The Court set a deadline of August 3, 2012, for the Government to file
4  its proposed redaction. ECF No. 123 at 19.

5  The Government has not filed a proposed redaction. Accordingly, **IT IS**
6  **ORDERED** that Defendant Barriga's motion to sever trial, **ECF No. 69**, is
7  **GRANTED**.

8  The District Court Clerk is directed to enter this Order and provide copies to
9  counsel.

10  **DATED** this 6th day of September 2012.

11

12  *s/ Rosanna Malouf Peterson*
    ROSANNA MALOUF PETERSON
13  Chief United States District Court Judge

ORDER GRANTING DEFENDANT BARRIGA'S MOTION TO SEVER TRIAL ~ 2