UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SALVADOR PULIDO VALENCIA, and VICTOR HUGO SANTA CRUZ BARRIGA,<br><br>　　　　　　　Defendants. | NO:  CR-12-2001-RMP<br><br>ORDER GRANTING GOVERNMENT'S MOTION TO EXPEDITE AND MOTION TO RECONSIDER |

Before the Court is the Government's Motion for Reconsideration of the Court's Order Granting Defendant's Motion to Sever Trial, ECF No. 139, and Motion to Expedite the same, ECF No. 140.  Having reviewed the file and pleadings in this matter, the Court finds that good cause exists to grant both of the Government's motions.  Accordingly, **IT IS HEREBY ORDERED**:

　　1. **ECF No 140,** The Government's Motion to Expedite is **GRANTED**.

ORDER GRANTING GOVERNMENT'S MOTION TO EXPEDITE AND MOTION TO RECONSIDER ~ 1

2. **ECF No 139**, The Government's Motion for Reconsideration is **GRANTED**. Defendants' Motion to Sever Trial, ECF No. 69, will be reconsidered **without** oral argument on **September 19, 2012**, at **6:30 p.m**. Defense may file briefs, if any, by **September 12, 2012**, regarding whether the Government's submission of the sealed documents eliminates the need for separate trials. The Government may file any response brief by **September 14, 2012**. Defense may file any reply briefs by **September 18, 2012.**

**IT IS SO ORDERED**.

The District Court Clerk is directed to enter this Order and provide copies to counsel.

DATED this 7th day of September 2012.

                                   *s/ Rosanna Malouf Peterson*
                                    ROSANNA MALOUF PETERSON
                                    Chief United States District Court Judge