Case 2:12-cr-02001-RMP   Document 304   Filed 08/27/15

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Washington

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 2:12-CR-2001-RMP-1 |
| SALVADOR PULIDO VALENCIA ) | |
| ) | USM No: 14037-085 |
| Date of Original Judgment: 07/11/2013 ) | |
| Date of Previous Amended Judgment: ) | Andrea George |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __65 months__ months **is reduced to** __63 months__ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __07/11/2013__ shall remain in effect.

**IT IS SO ORDERED**.

Order Date: 08/27/2015

*Judge's signature*

Effective Date: 11/01/2015

Rosanna Malouf Peterson, Judge U.S. District Court

*(if different from order date)*   *Printed name and title*